**UNITED STATES BANKRUPTCY COURT**
Northern District of Texas (Ft. Worth)

| | |
|---|---|
| IN RE: | Case No.: 4:10-bk-44537 |
| Debtors: Jeffrey David Watts and Kera Leigh Watts | Loan Number (Last 4): 7929 |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Nationstar Mortgage, LLC | BAC Home Loans Servicing, L.P. |
|---|---|
| Name of Transferee | Name of Transferor |
| 350 Highland Drive | Court Claim # (if known): 16 |
| Lewisville, TX 75067 | Amount of Claim: $450,146.99 |
| | Date Claim Filed: 11/15/2010 |
| Phone: 877-782-7612 | Last Four Digits of Acct #: 6255 |
| Last Four Digits of Acct #: 7929 | |

Name and Address where transferee payments should be sent (if different from above):

350 Highland Drive
Lewisville, TX 75067

Phone:   877-782-7612

Last Four Digits of Acct #:   7929

Transfer Effective: April 01, 2013

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/ Bill Taylor                                        Date:   04-17-2013
       Authorized Filing Agent for Filer

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

570632-07274606-8983-4e3a-a373-4c50c0cfecbb