U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS
ON THE COURTS DOCKET
TAWANA C. MARSHALL, CLERK

D. Michael Lynn
U.S. Bankruptcy Judge

DEC 19 2013

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case Number: 10-44537-DML |
| | § | |
| JEFFREY DAVID WATTS | § | Chapter 13 |
| KERA LEIGH WATTS | § | |
| | § | JUDGE DENNIS MICHAEL LYNN |

### ORDER DISMISSING CASE WITHOUT PREJUDICE
(MTD-IRS Return)

On the Trustee's Motion to Dismiss Chapter 13 proceeding, it appears to the court that due notice has been given to Debtor(s) and Debtor's(s') counsel, if any, and that no objection has been made to the relief requested, or if made, same should overruled. It further appearing that dismissal of this case is in the best interest of the creditors of the estate:

**IT IS, THEREFORE, ORDERED,** that the above proceeding be, and hereby is in all things **DISMISSED** without prejudice;

**IT IS FURTHER ORDERED** that the Trustee disburse any funds on hand as provided by 11 U.S.C. 1326 (a) (2), and file the Trustee's Final Report; and

**IT IS FURTHER ORDERED** that all debts due and owing creditors as of this date are **NOT DISCHARGED** or affected in any manner by this Order.

**THE ABOVE STYLED AND NUMBERED CASE WILL BE CLOSED 21 DAYS AFTER THE ENTRY OF THIS ORDER PROVIDED THAT IT IS A SINGLE DEBTOR CASE OR A JOINT DEBTOR CASE AND BOTH DEBTORS ARE DISMISSED.**

# # # End of Order # # #

ROBERT A HIGGINS AND ASSOCIATES PC
8200 CAMP BOWIE W BLVD
FORT WORTH, TX 76116