**Mark B. French**
**State Bar No. 07440600**
**Attorney at Law**
**1901 Central Drive, Suite 704**
**Bedford, TX 76021**
**(817) 268-0505**
**(817) 632-5413 (Fax)**
**mark@markfrenchlaw.com (email)**

**ATTORNEY FOR KERA WATTS**

### IN THE UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: § | | BANKRUPTCY NO. |
| § | | 10-44537-DML-13 |
| KERA WATTS § | | |
| § | | |
| DEBTOR § | | CHAPTER 13 |

### NOTICE OF APPEARANCE AND REQUEST
### FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned, as counsel for Kera Watts, requests that all pleadings filed and notices given in this case be given and served to the following person:

> Mark B. French
> Law Office of Mark B. French
> 1901 Central Drive, Suite 704
> Bedford, TX 76021

Please take further notice that the foregoing demand includes not only notices and pleadings, but also includes, without limitation, notices of any pleadings, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, fax or otherwise filed with regard to this case.  This Notice is simply a demand and request for service and does not constitute consent to

the jurisdiction of the Bankruptcy Court. Furthermore, by the filing of this notice, Kera Watts does not consent to, nor waive any objections to, the venue in which this case has been filed.

Respectfully Submitted,

By: /s/ Mark B. French
Mark B. French
State Bar #07440600

Law Office of Mark B. French
1901 Central Drive, Suite 704
Bedford, TX 76021
(817) 268-0505
(817) 632-5413 (Fax)
mark@markfrenchlaw.com (email)

ATTORNEY FOR
KERA WATTS

CERTIFICATE OF SERVICE

I, Mark B. French, do hereby certify that a true and correct copy of the above and foregoing Notice of Appearance was served electronically or by regular mail on the date that it was filed electronically on the following:

Kera Watts
3417 Acron Run
Fort Worth, TX 76109

Robert Higgins
Robert A. Higgins & Associates, P.C.
8200 Camp Bowie W. Blvd
Fort Worth, TX 76116

Tim Truman
Chapter 13 Trustee
6851 N.E. Loop 820, Suite 300
Fort Worth, TX 76180

UST U.S. Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-1496


and any parties requesting notice via the Courts Noticing System.

        /s/ Mark B. French
        Mark B. French