**OFFICE OF THE STANDING CHAPTER 13 TRUSTEE**
**6851 N.E. LOOP 820, SUITE 300**
**NORTH RICHLAND HILLS, TX  76180-6608**
**(817) 770-8500**
**FAX (817) 498-1362**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

**IN RE:  JEFFREY DAVID WATTS &**                           **CASE NO: 10-44537-DML**
**KERA LEIGH WATTS**

      **Debtor(s),**

### NOTICE TO DEPOSIT UNCLAIMED FUNDS TO THE UNITED STATES TREASURY

Transmitted herewith is a check for deposit into the Court's unclaimed funds registry as unclaimed property for the above referenced Chapter 13 case.  I hereby certify that a period of sixty days has elapsed since the issuance of these funds and the disbursement check(s) has not been negotiated.

Disposition of Case:  Closed

| Payee Name | Check Date | Amount |
|---|---|---|
| NATIONSTAR MORTGAGE | 09/27/2013 | $12,046.73 |
| ATTN BANKRUPTCY DEPT | | |
| 350 HIGHLAND DR | | |
| LEWISVILLE, TX  75067 | | |

                       /s/  Tim Truman
                       Standing Chapter 13 Trustee

NOTICE TO DEBTOR (S):  IF YOUR NAME DOES NOT APPEAR ABOVE AS "PAYEE" YOU ARE NOT ENTITLED TO THESE FUNDS.

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was mailed to the following named debtor (s) and creditor and served electronically on the attorney for debtor (s) and the United States Trustee on December 24, 2013 by U.S. First Class mail.

                       /s/  Tim Truman
                       Standing Chapter 13 Trustee

JEFFREY DAVID WATTS                         NATIONSTAR MORTGAGE
KERA LEIGH WATTS                         ATTN BANKRUPTCY DEPT
3417 Acorn Run                             350 HIGHLAND DR
Fort Worth, TX 76109                     LEWISVILLE, TX  75067